APRIL 18, 2000

No. 99–9127 (99A859).  COE v. BELL, WARDEN.  C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 99–8681 (99A851).  COE v. TENNESSEE, *ante*, p. 1034.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for rehearing denied.

APRIL 24, 2000

No. 99–1396.  CHANDLER ET AL. v. HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL.  Affirmed on appeal from D. C. S. D. Fla.

No. 99–1401.  HOPKINS, WARDEN v. NEWMAN.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *Taylor*, *ante*, p. 362.